AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GREG BAKER,

           Petitioner,

v.

UNITED STATES OF AMERICA,

           Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:20-cr-16-1
4:25-cv-56

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's June 25, 2025 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Baker's motion for relief pursuant to Federal Rule of Civil Procedure 60(b) is denied. Petitioner is denied the issuance of a Certificate of Appealability and is denied in forma pauperis status on appeal. This case stands closed.

6/25/2025
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*

(By) Deputy Clerk

GAS Rev 10/2020